UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 20cr10163 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| TYLOR SZALAJESKI, | ) | Count One: Dealing in Firearms Without a License |
| | ) | (18 U.S.C. § 922(a)(1)(A)) |
| Defendant | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)) |
| | ) | |

INFORMATION

COUNT ONE
Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The United States Attorney charges:

From on or about August 1, 2018, through on or about May 2, 2019, in Charlestown,

Woburn, Lowell, Somerville, and Boston in the District of Massachusetts, and elsewhere, the

defendant,

TYLOR SZALAJESKI,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in Count One of this Information, the defendant,

TYLOR SZALAJESKI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c).

2

ANDREW E. LELLING
UNITED STATES ATTORNEY


By:    *Philip A. Mallard*
PHILIP A. MALLARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: AUGUST 20, 2020